**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

**No. 18-6234**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

DANA MORRIS,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge.  (4:16-cr-00004-AWA-RJK-1)

_____

Submitted:  July 19, 2018                                                Decided:  July 23, 2018

_____

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dana Morris, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dana Morris appeals the district court's order denying her motion to reconsider a prior order denying Morris's motion to amend the restitution order that was entered as part of her criminal sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Morris*, No. 4:16-cr-00004-AWA-RJK-1 (E.D. Va. Feb. 21, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*